## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

WHAM-O HOLDING, LTD. and
INTERSPORT CORP. d/b/a WHAM-O,

    Plaintiffs,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 19-cv-04407

Judge Charles P. Kocoras

Magistrate Judge M. David Weisman

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 103 | epathdeals2012 |
| 104 | epathstore |
| 175 | EPATHDEALS |
| 134 | nvrendexue |
| 35 | Lobito |
| 207 | Cicitop |
| 223 | Goodjobjob |
| 84 | big_deal31 |
| 144 | scully-shopping |
| 72 | 2017winter2017 |
| 185 | shanghaigaishilandeshiyefazhanyouxiangongsi |
| 129 | mkstudio-us |

| | |
|:---:|:---:|
| 159 | us-weiwei-yc111 |
| 249 | Misi Chao |
| 289 | yeluo medical insurance |

DATED: August 24, 2019  Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
1033 South Blvd., Suite 200
Oak Park, Illinois 60302
Telephone: 708-203-4787
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 24, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt