IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WHAM-O HOLDING, LTD. and<br>INTERSPORT CORP. d/b/a WHAM-O,<br><br>    Plaintiffs,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED<br>ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>    Defendants. | Case No.: 19-cv-04407<br><br>Judge Charles P. Kocoras<br><br>Magistrate Judge M. David Weisman |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on August 22, 2019 [38] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 303 | Shop4389009 Store |
| 293 | ZQUS |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: September 17, 2019               Respectfully submitted,

                                        /s/ Yanling Jiang
                                        Yanling Jiang (Bar No. 6309336)
                                        JiangIP LLC
                                        111 West Jackson Blvd.
                                        Suite 1700
                                        Chicago, Illinois 60604
                                        Telephone: 312-675-6297
                                        Email: yanling@jiangip.com

                                        ***ATTORNEY FOR PLAINTIFF***

Subscribed and sworn before me by Yanling Jiang, on this 17 th day of September, 2019.

Given under by hand and notarial seal.

OFFICIAL SEAL
OLLIE B. JONES
Notary Public - State of Illinois
My Commission Expires 4/07/2022

/s/ Ollie B. Jones
Notary Public

State of Illinois
County of Cook