**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

WHAM-O HOLDING, LTD. and
INTERSPORT CORP. d/b/a WHAM-O,

    Plaintiffs,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 19-cv-04407

Judge Charles P. Kocoras

Magistrate Judge M. David Weisman

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on August 22, 2019 [38] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 202 | CargonTi |
| 239 | Labyrinen |
| 281 | xiaokkiss |
| 201 | Caliybrid |
| 267 | soarflight |
| 255 | Outdoor Sports In LLC. |
| 234 | JollyMall |
| 262 | Santree |
| 205 | chocobe |
| 14 | nerlous |
| 15 | yalerwu |
| 78 | BACKB |
| 81 | bergtrees |
| 95 | discovr |
| 109 | foreverch |
| 136 | ordunical |
| 151 | sunseln |
| 156 | towerliset |
| 161 | welldeeryao |

| | |
|---|---|
| 170 | zanroly |
| 162 | wenteryall |
| 39 | Dynamic EmotionOutdoor Store |
| 295 | Cookie's Outdoor Store |
| 298 | iSHINE Beachwear Store |
| 299 | LLD Outdoor Store |
| 308 | To Keep Fit Store |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: December 4th, 2019				Respectfully submitted,

_____

Yanling Jiang (Bar No. 6309336)
JiangIP LLC
111 West Jackson BLVD STE 1700
Chicago, IL 60604
Telephone: 312-675-6297
Email: yanling@jiangip.com
***ATTORNEY FOR PLAINTIFF***

Subscribed and sworn before me by Yanling Jiang, on this __4__th day of December, 2019.

Given under by hand and notarial seal.

MICHAEL SEVERT
Official Seal
Notary Public - State of Illinois
My Commission Expires Sep 11, 2023

_____
Michael Severt
Notary Public

State of ____ILLinois____

County of ____Cook____